# United States District Court
# Eastern District of Wisconsin

Stephen E. Lee

_____
(Full Name of Plaintiff or Plaintiffs)

vs.

State of Wisconsin

Milwaukee County Circuit Court

_____
(Full Name of Defendant or Defendants)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'08 SEP 15 A9:42

08-C-0772 PP0

No. _____
(Supplied by Clerk)

## COMPLAINT

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
      ☐ YES    ☒ NO

   B. Have you begun other lawsuits in state or federal court?
      ☐ YES    ☒ NO

   C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

      1. Parties to the previous lawsuit

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) _____

Case 2:08-cv-00772-RTR   Filed 09/15/08   Page 1 of 6   Document 1

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) Stephen E. Lee

B. Your Address 4019 N 19th St Milw, WI 53209

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) State of Wisconsin Milwaukee County Circuit Court

D. Defendants address 901 N 9th St Milw, WI 53223

E. Additional DEFENDANTS (names and addresses) NA

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate *numbered* paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: Petitioner is denied and cannot enforce his Federal Equal Rights Under Law specifically 42 USC 1981 (a) & (c) in the State courts of Wisconsin, Milwaukee County Circuit Court and the denial of his right to Equal Rights Under Federal Law is manifest in formal expression of State Law

CIVIL RIGHTS COMPLAINT
PRO SE FORM
PAGE 4

STATEMENT OF CLAIM CONTINUED

STATEMENT OF CLAIM CONTINUED

END STATEMENT OF CLAIM

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

For Removal of the State prosecution Case No. 07CM008824 State courts of Wisconsin Milwaukee County Circuit Court Now pending against him And be allowed An evidentiary hearing And be able to produce evidence in support of his petition

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 15th day of September, 2008.  Stephen E Lee

Pro se

(Signature of Plaintiff(s))